| | |
|---|---|
| 1 | |
| 2 | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MIGUEL RIOS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MOYA, et al.,<br><br>　　　　　Defendants. | No. 1:24-cv-00480-SAB (PC)<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED<br><br>(ECF No. 5) |

　　　　Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

　　　　On May 17, 2024, the Court screened Plaintiff's complaint, found that Plaintiff stated separate and unrelated claims of retaliation against Defendants Necochea, Moreno, and Baker. (ECF No. 5.)  The Court granted Plaintiff the opportunity to file an amended complaint or notify the Court of his intent to proceed on one of the retaliation claims found to be cognizable.  (Id.) Plaintiff has failed to respond to the Court's May 17, 2024, screening order and the time to do so has passed.  Accordingly, Plaintiff shall be ordered to show cause why the action should not be dismissed for failure to prosecute and failure to comply with a court order.

///

///

1

Accordingly, it is HEREBY ORDERED that:

1. Within **fourteen (14)** days from the date of service of this order Plaintiff shall show cause why the action should not be dismissed; and

2. Failure to comply with this order will result in a recommendation to dismiss this action for failure to prosecute and failure to comply with a court order.

IT IS SO ORDERED.

Dated: __June 26, 2024__                                    _____
                                                                             UNITED STATES MAGISTRATE JUDGE