1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11    JOSE MIGUEL RIOS,                          No.  1:24-cv-00480-SAB (PC)

12                    Plaintiff,                  ORDER DISCHARGING ORDER TO SHOW
                                                  CAUSE ISSUED ON JUNE 26, 2024
13             v.
                                                  (ECF No. 6)
14    MOYA, et al.,

15                    Defendants.

16

17            Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42

18    U.S.C. § 1983.

19            On May 17, 2024, the Court screened Plaintiff's complaint, found that Plaintiff stated

20    separate and unrelated claims of retaliation against Defendants Necochea, Moreno, and Baker.

21    (ECF No. 5.)  The Court granted Plaintiff the opportunity to file an amended complaint or notify

22    the Court of his intent to proceed on one of the retaliation claims found to be cognizable.  (Id.)

23    Plaintiff has failed to respond to the Court's May 17, 2024, screening order and the time to do so

24    has passed.  Therefore, on June 26, 2024, the Court ordered Plaintiff to show cause why the

25    action should not be dismissed.  (ECF No. 6.)

26            On July 2 and 10, 2024, Plaintiff filed three separate notices expressing his intent to

27    proceed on the retaliation claim against Defendant Necochea only and dismiss all other claims

28

1

and Defendants.  (ECF Nos. 7, 8, 9.)  Based on Plaintiff's responses, the order to show cause issued on June 26 2024, is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:   **July 15, 2024**

_____
UNITED STATES MAGISTRATE JUDGE

2