UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MIGUEL RIOS,<br><br>  Plaintiff,<br><br>  v.<br><br>MOYA, et al.,<br><br>  Defendants. | No. 1:24-cv-00480-SAB (PC)<br><br>ORDER DIRECTING CLERK OF COURT TO RANDOMLY ASSIGN A DISTRICT JUDGE TO THIS ACTION<br><br>FINDINGS AND RECOMMENDATIONS RECOMMENDING DISMISSAL OF CLAIMS AND DEFENDANTS<br><br>(ECF Nos. 5, 6, 7, 8, 9) |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

On May 17, 2024, the Court screened Plaintiff's complaint, found that Plaintiff stated separate and unrelated claims of retaliation against Defendants Necochea, Moreno, and Baker. (ECF No. 5.) The Court granted Plaintiff the opportunity to file an amended complaint or notify the Court of his intent to proceed on one of the retaliation claims found to be cognizable. (Id.) On July 2 and 10, 2024, Plaintiff filed three separate notices expressing his intent to proceed on the retaliation claim against Defendant Necochea only and dismiss all other claims and Defendants. (ECF Nos. 7, 8, 9.)

Accordingly, it is HEREBY ORDERED that the Clerk of the Court shall assign a District Judge to this action.

1

Further, it is HEREBY RECOMMENDED that:

1. This action proceed against Defendant Necochea for retaliation in violation of the First Amendment; and

2. All other claims and Defendants be dismissed from the action for the reasons stated in the Court's May 17, 2024 order (ECF No. 5).

These Findings and Recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within **fourteen (14) days** after being served with these Findings and Recommendations, Plaintiff may file written objections with the Court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may result in the waiver of rights on appeal.  Wilkerson v. Wheeler, 772 F.3d 834, 838-39 (9th Cir. 2014) (citing Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated:  **July 15, 2024**

UNITED STATES MAGISTRATE JUDGE