**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE MIGUEL RIOS,<br><br>            Plaintiff,<br><br>    v.<br><br>MOYA, *et al.*,<br><br>            Defendants. | Case No.  1:24-cv-0480 JLT SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING CERTAIN CLAIMS AND DEFENDANTS, AND DIRECTING THE CLERK OF COURT TO UPDATE THE DOCKET<br><br>(Doc. 11) |

Jose Miguel Rios asserts that he suffered violations of his civil rights while housed at the Fresno County Jail. (*See generally* Doc. 1.)  The magistrate judge screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915A(a), and found Plaintiff stated cognizable claims for retaliation against Defendants Necochea, Moreno and Baker.  (Doc. 5 at 5-11.)  However, the magistrate judge found the retaliation claims were unrelated, and Plaintiff did not state a cognizable claim against any other defendants.  (*See id.*)  Therefore, the magistrate judge directed Plaintiff either file an amended complaint curing the pleading deficiencies or file "a notice of his intent to proceed on only one of the cognizable retaliation claims identified by the Court." (*Id.* at 13.)  In response, Plaintiff informed the Court he wished to proceed only on the claim against Nechochea and wished to dismiss the other defendants.  (Docs. 7, 8, 9.)

Pursuant to Plaintiff's request, the magistrate judge recommended that "[t]he action proceed against Defendant Necochea for retaliation in violation of the First Amendment" and

"[a]ll other claims and Defendants be dismissed." (Doc. 12 at 2.)  The Court served the Findings and Recommendations on the Plaintiff and notified him that any objections were due within 14 days.  (*Id.* at 2.)  The Court advised him that the "failure to file objections within the specified time may result in the waiver of rights on appeal." (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).)  The same date as these Findings and Recommendations issued, Plaintiff reiterated his request "to proceed on defendant Necochea with dismissal of other defendants without prejudice." (Doc. 13 at 1.)  He did not file any objections, and the time to do so has expired.

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis.  Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on July 15, 2024 (Doc. 12) are **ADOPTED** in full.
2. This action **SHALL** proceed <u>only</u> on Plaintiff's claim against Defendant Necochea for retaliation in violation of the First Amendment.
3. All other claims and defendants are **DISMISSED** without prejudice.
4. The Clerk of Court is directed to update the docket.

IT IS SO ORDERED.

Dated: **August 8, 2024**

UNITED STATES DISTRICT JUDGE

2