1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   JOSE MIGUEL RIOS,                          No.  1:24-cv-00480-JLT-SAB (PC)

12                   Plaintiff,                 ORDER WHY ENTRY OF DEAFULT
                                                SHOULD NOT BE ENTERED AS TO
13          v.                                  DEFENDANT

14   MOYA, et al.,

15                   Defendants.

16

17          Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42

18   U.S.C. § 1983.  This action proceeds against Defendant Necochea for retaliation in violation of

19   the First Amendment.

20          On October 10, 2024, a waiver of service of the summons and complaint was returned

21   signed by Defendant Richard S. Necochea. (ECF No. 18.)  However, despite being served with

22   process on August 3, 2017, Defendant Hashem has not filed a response to Plaintiff's first

23   amended complaint. (ECF No. 19.)

24          Entry of default is appropriate as to any party against whom a judgment for affirmative

25   relief is sought that has failed to plead or otherwise defend as provided by the Federal Rules of

26   Civil Procedure and where that failure is shown by affidavit or otherwise. See Fed. R. Civ. P.

27   55(a).  Rule 12 of the Federal Rules of Civil Procedure provides, "[a] defendant must serve an

28

                                                    1

answer within 21 days after being served with the summons and complaint; or if it has timely waived service under Rule 4(d), within 60 days after the request for a waiver was sent." Fed. R. Civ. P. 12(a)(1)(A).  Under Rule 4(d), a defendant may waive service of a summons by signing and returning a waiver of service.  Fed. R. Civ. P. 4(d).  If a defendant fails to plead or otherwise defend an action after being properly served with a summons and complaint, a default may be entered pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.  Fed. R. Civ. P. 55(a).

Here, Defendant's response was due within 60 days of September 12, 2024, i.e. on or before **November 11, 2024**.  (ECF No. 18.)  However, to date, Defendant Necochea has not filed a response.  On this record it appears that entry of default is appropriate as to Defendant Necochea. Accordingly, within **fourteen (14)** days from the date of service of this order, Plaintiff shall indicate whether he is requesting entry of default as to Defendant Necochea is appropriate.

IT IS SO ORDERED.

Dated:   **December 6, 2024**

STANLEY A. BOONE
United States Magistrate Judge

2