UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MIGUEL RIOS,<br><br>  Plaintiff,<br><br>  v.<br><br>MOYA, et al.,<br><br>  Defendants. | No. 1:24-cv-00480-JLT-SAB (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT, AND DIRECTING CLERK OF COURT TO ENTER DEFAULT AGAINST DEFENDANT NECOCHEA<br><br>(ECF No. 22) |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983. This action proceeds against Defendant Necochea for retaliation in violation of the First Amendment.

On October 10, 2024, a waiver of service of the summons and complaint was returned signed by Defendant Richard S. Necochea, and a response was thereto due on or before November 11, 2024. (ECF No. 18.) However, Defendant Necochea has not filed a response or otherwise communicated with the Court.

On December 16, 2024, Plaintiff filed a motion requesting entry of default. (ECF No. 22.)

///

///

///

1

Because Defendant Necochea has not filed a timely response to the operative complaint, it is HEREBY ORDERED that:

1. The Clerk of Court shall enter default against Defendant Necochea. Fed. R. Civ. P. 55(a); and

2. The Clerk's Office is FURTHER DIRECTED to: (1) send a copy of this order to Defendant Richard S. Necochea, at 1225 M Street, Fresno, CA 93712; and (2) send a copy of this order to Fresno County Counsel at 2220 Tulare St., Fresno CA 93721.

IT IS SO ORDERED.

Dated:   **December 18, 2024**

STANLEY A. BOONE
United States Magistrate Judge