**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE MIGUEL RIOS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NECOCHEA,<br><br>　　　　　Defendant. | Case No. 1:24-cv-0480 JLT SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING DEFENDANT'S MOTION TO SET ASIDE ENTRY OF DEFAULT<br><br>(Docs. 25, 26) |

Jose Miguel Rios seeks to hold Correctional Officer Necochea liable for retaliation in violation of the First Amendment, which he claims occurred while he was housed at the Fresno County Jail. (Doc. 1; Doc. 14.) After Defendant failed to respond to the complaint, the Court granted Plaintiff's request to enter default. (Docs. 22, 23, 24.) Defendant seeks to aside the default pursuant to Rule 55(c) of the Federal Rules of Civil Procedure. (Doc. 25.) Plaintiff did not oppose the motion.

The magistrate judge found Defendant "credibility explains that he was unfamiliar with the legal process which mistakenly lead him to not take timely action in response service of process by the United States Marshals." (Doc. 26 at 3.) In addition, the magistrate judge observed that "Defendant believed he had done all that was required of him when he returned the signed waiver of service, and it was not until he received a call from the County attorney that he had failed to timely respond to the complaint." (*Id.*) The magistrate judge observed that

1

1  Defendant also "believes he has meritorious defenses to Plaintiff's claims of retaliation." (*Id.*)
2  Finally, the magistrate judge found "setting aside the default will not hinder Plaintiff's ability to
3  pursue his claim, and any minimal delay has not impacted the evidence or impacted any potential
4  discovery in this case." (*Id.* at 3-4.) Based upon the information provided, the magistrate judge found
5  good cause exists to set aside the entry of default. (*Id.* at 4.) Therefore, the magistrate judge
6  recommended the Court grant the motion and give Defendant thirty days to file an answer to the
7  operative complaint. (*Id.*)
8      The Court served the Findings and Recommendations upon the parties and notified them
9  that any objections must be filed within 14 days of the date of service. (Doc. 26 at 4.) The Court
10 also informed Plaintiff the "failure to file objections within the specified time may result in the
11 waiver of rights on appeal." (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014).)
12 Plaintiff did not file objections and the time to do so has passed.
13     According to 28 U.S.C. § 636(b)(1), the Court performed a *de novo* review of this case.
14 Having carefully reviewed the matter, the Court concludes the Findings and Recommendations
15 are supported by the record and by proper analysis. Thus, the Court **ORDERS**:
16     1.   The Findings and Recommendations filed on January 27, 2025 (Doc. 26) are
17          **ADOPTED** in full.
18     2.   Defendant's motion to set aside the entry of default (Doc. 25) is **GRANTED**.
19     3.   Defendant **SHALL** file a responsive pleading to the operative complaint within
20          thirty days of the date of service of this order.
21     4.   The matter is referred to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:  **February 21, 2025**

*[signature]*
UNITED STATES DISTRICT JUDGE