UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MIGUEL RIOS,<br><br>            Plaintiff,<br><br>    v.<br><br>NECOCHEA,<br><br>            Defendant. | No. 1:24-cv-00480-JLT-SAB (PC)<br><br>ORDER GRANTING DEFENDANT'S REQUEST TO MODIFY THE DISCOVERY AND SCHEDULING ORDER<br><br>(ECF No. 32) |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendant's request to modify the discovery and scheduling order, filed November 21, 2025.

Good cause having been presented, it is HEREBY ORDERED that the discovery and scheduling order is modified as follows:

1. The deadline for completion of all discovery is **March 2, 2026**;
2. The dispositive motion deadline is **April 2, 2026**; and
3. All other provisions of the March 24, 2025, discovery and scheduling order remain in effect.

IT IS SO ORDERED.

Dated:   **November 25, 2025**

STANLEY A. BOONE
United States Magistrate Judge

1