**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE MIGUEL RIOS, | No. 1:24-cv-00480 JLT SAB (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION FOR LACK OF PROSECUTION |
| v. | |
| NECOCHEA, | (Docs. 34, 35) |
| Defendant. | |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

The assigned magistrate judge issued Findings and Recommendations to grant Defendant's motion to dismiss based on Plaintiff's failure to appear at his deposition. (Doc. 35.) The Court served the Findings and Recommendations on the parties and notified them that objections were due within 14 days. (*Id*. at 7.) No objections were filed and the time to do so has passed.[1]

///

---

[1] On June 10, 2026, the Findings and Recommendations were returned as undeliverable.  Pursuant to Local Rule 182(f), "[e]ach appearing attorney and pro se party is under a continuing duty to notify the Clerk and all other parties of any change of address or telephone number of the attorney or the pro se party. Absent such notice, service of documents at the prior address of the attorney or pro se party shall be fully effective." Local Rule 182(f).

1

According to 28 U.S.C. § 636(b)(1)(C), this Court conducted a de novo review of this case. Having carefully reviewed the entire matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1.  The Findings and Recommendations issued on May 29, 2026 (Doc. 35) are **ADOPTED** in full.

2.  Defendant's motion to dismiss (Doc. 34) is **GRANTED**.

3.  The instant action is dismissed and the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:    **June 29, 2026**

UNITED STATES DISTRICT JUDGE